FORM 8A. Entry of Appearance    Form 8A (p.1) July 2020

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 23-2346

**Short Case Caption:** Lynk Labs, Inc. v. Samsung Electronics Co., Ltd.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

High Tech Inventors Alliance

| **Principal Counsel:** Joseph Matal | Admission Date: 7/13/2012 |
|---|---|
| Firm/Agency/Org.: Clear IP, LLC | |
| Address:  800 17th St., NW  Ste. 500  Washington, D.C.  20006 | |
| Phone: 202.654.4533 | Email: Joseph.Matal@clearpatents.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date:  April 2, 2024

Signature:   /s/ Joseph Matal

Name:    Joseph Matal