NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**LYNK LABS, INC.,**
*Appellant*

v.

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellee*

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

_____

2023-2346

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00149.

_____

**ON MOTION**

_____

Before DYK, *Circuit Judge*.

**O R D E R**

The High Tech Inventors Alliance and the Computer & Communications Industry Association (collectively,

"HTIA"), Intel Corporation, and the Public Interest Patent Law Institute move for leave to file briefs amici curiae in support of Samsung Electronics Co., Ltd. Samsung consents to the motions. Lynk Labs, Inc. opposes HTIA's motion. HTIA replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The amici briefs, ECF No. 40-2, 54-2, and 70-2, are accepted for filing.

FOR THE COURT

May 23, 2024
Date

Jarrett B. Perlow
Clerk of Court