

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

July 31, 2024

2023-2346 - Lynk Labs, Inc. v. Samsung Electronics Co., Ltd.

# NOTICE OF NON-COMPLIANCE

The document (Opening Brief) submitted by Lynk Labs, Inc. is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The contents of the brief do not appear in the correct order: the certificate of interest; the table of contents with page references; the table of authorities with page references; the statement of related cases; any jurisdictional statement; any statement of the issues; any statement of the case; the summary of the argument; the argument, including any statement standard of review under its own heading; the conclusion and statement of relief sought; the addendum; and the certificate of compliance, if required by Fed. R. App. P. 32(g)(1). Fed. Cir. R. 28(a); Fed. Cir. R. 28.1(d).

  *Clerk's Note: Pages ii-1 appear twice in the document.*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An

appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: G. Kilgore, Deputy Clerk